# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

| | |
|---|---|
| AUTOBAHN SPECIALISTS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SOCIAL UPS, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 6:11-CV-3196-BCW |

## **ORDER**

The Court held a telephone conference on September 6, 2016 to discuss issues related to this matter's ongoing stay, pending a ruling by the United States Court of Appeals for the D.C. Circuit. Plaintiff appeared by telephone through counsel, Aristotle N. Rodopoulos. Defendants appeared by telephone through counsel, Timothy J. Wolf.

During the conference call, the parties indicated that the D.C. Circuit has scheduled argument related to the FCC's "Solicited Fax Rule". The argument is scheduled to be held in early November 2016 and the parties anticipate a ruling ninety days thereafter. Accordingly, and consistent with the telephone conference discussion, it is hereby

ORDERED the stay of this matter remains in effect, pending ruling on the consolidated appeal before the D.C. Circuit, related to the FCC's Solicited Fax Rule. It is further

ORDERED the status conference scheduled on November 3, 2016 is CANCELED. It is further

ORDERED this matter is set for status conference on **February 9, 2017** at **3:00 p.m.** The parties shall file a joint status report on or before **January 26, 2017**. It is further

ORDERED to the extent Defendants' counsel intends to seek leave to withdraw, any such motion to withdraw as counsel shall be filed on or before **September 27, 2016**.

IT IS SO ORDERED.


DATE: September 6, 2016 /s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT

2

Case 6:11-cv-03196-BCW   Document 148   Filed 09/06/16   Page 2 of 2

ORDERED to the extent Defendants' counsel intends to seek leave to withdraw, any such motion to withdraw as counsel shall be filed on or before **September 27, 2016**.

IT IS SO ORDERED.


DATE: September 6, 2016				/s/ Brian C. Wimes
						JUDGE BRIAN C. WIMES
						UNITED STATES DISTRICT COURT